| AO-10<br>Rev. 1/2001 | **FINANCIAL DISCLOSURE REPORT**<br>**NOMINEE REPORT** | *Report Required by the Ethics<br>in Government Act of 1978,<br>(5 U.S.C. App., §§101-111)* |

| 1. Person Reporting *(Last name, first, middle initial)*<br><br>McKeague, David W. | 2. Court or Organization<br><br>United States Court of Appeals for the Sixth Circuit | 3. Date of Report<br><br>January 9, 2003 |
|---|---|---|
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>Circuit Judge (nominee) | 5. ReportType (check appropriate type)<br><br>_X__ Nomination, Date _01/9/03_<br><br>___ Initial ___ Annual ___ Final | 6. Reporting Period<br><br>1/1/01 to 12/31/02 |
| 7. Chambers or Office Address<br><br>United States District Court<br>315 West Allegan<br>Lansing, MI 48933 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| X  NONE (No reportable positions.) | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| X  NONE (No reportable agreements.) | |

# III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

|  | DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|---|
|  |  | NONE (No reportable non-investment income.) | |
| 1 | 2001 | Michigan State University/Detroit College of Law (approved teaching) | $ 7,000 |
| 2 | 2002 | Michigan State University/Detroit College of Law (approved teaching) | $ 11,700 |
| 3 | 2001-2002 | Michigan Chamber of Commerce - wages | $ |
| 4 | 2001-2002 | Accident Fund of Michigan - director fees | $ |
| 5 | | | $ |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements.) | |
| Exempt | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts.) | | |
| Exempt | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☐ NONE (No reportable liabilities.) | | |
| U.S. Department of Education | student loans | J |
| Sallie Mae Servicing Corp. | student loans | J |
| | | |
| | | |
| | | |
| | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | | P2=$5,000,001-$25,000,000 | |
| | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more | | | |

# FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | McKeague, David W. | January 9, 2003 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period Exempt (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, | | | | | Exempt | | | | |
| 1 Stonehedge Limited Partnership (Limited Partnership Int.) | A | Dividend | K | W | | | | | |
| 2 Mich. Chamber of Commerce Emp. Money Pur. Pen. Plan | A | Div./Int. | M | T | | | | | |
| 3 Rental Cottage, Grand Haven, MI | C | Rent | N | Q | | | | | |
| 4 Prime Fund - Capitol | A | Dividend | | | | | | | |
| 5 Fidelity Advisor High Yield Fund | A | Dividend | | | | | | | |
| 6 T. Rowe Price International Bond | A | Dividend | | | | | | | |
| 7 Stein Roe Income Trust | B | Dividend | | | | | | | |
| 8 Scudder-Dreman High Return Fund | | None | | | | | | | |
| 9 Mutual Series Qualified Income Fund | | None | | | | | | | |
| 10 Putnam New Opportunities Fund | | None | | | | | | | |
| 11 Liberty Newport Tiger-A | | None | | | | | | | |
| 12 Franklin Small Cap Growth A | | None | | | | | | | |
| 13 Putnam International Growth-A | | None | | | | | | | |
| 14 Cohen & Steers Realty Shares | | None | | | | | | | |
| 15 Eclipse Small Cap Value | | None | | | | | | | |
| 16 Invesco Financial Services | | None | | | | | | | |
| 17 White Oak Growth Stock | | None | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 P4=More than $50,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period Exempt (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | Exempt | | | | |
| 18 Vanguard Long Term Corp. | A | Dividend | | | | | | | |
| 19 Invesco Technology Fund | | None | | | | | | | |
| 20 American AAdvant Intl. Eq. Inst. | A | Dividend | K | T | | | | | |
| 21 Artisan International Fund | A | Dividend | K | T | | | | | |
| 22 DFA U.S. Small Cap Value | D | Dividend | L | T | | | | | |
| 23 MSIF Trust Mid Cap | | None | | T | | | | | |
| 24 Nations International Value Prim. A | A | Dividend | K | T | | | | | |
| 25 PIMCo High Yield Fund | B | Dividend | K | T | | | | | |
| 26 PIMCo Low Duration Fund | A | Dividend | K | T | | | | | |
| 27 PIMCo Real Return Fund | B | Dividend | K | T | | | | | |
| 28 PIMCo Total Return Fund | C | Dividend | L | T | | | | | |
| 29 T. Rowe Price Mid Cap Growth Fund | | None | K | T | | | | | |
| 30 Vanguard 500 Index Fund | B | Dividend | M | T | | | | | |
| 31 Schwab Money Market Fund | A | Dividend | J | T | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |
| 35 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

1. Fidelity Cash Reserves (Part VII, line 4, 2001 Annual and Nominee Reports) changed its name to Prime Fund - Capitol (Part VII, line 4, 2002 Annual and Nominee Reports).

2. The liabilities listed in Part VI were fully repaid prior to December 31, 2002.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ___David W McKeague___      Date ___January 9, 2003___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT AS OF DECEMBER 31,2002

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|
| Cash on hand and in banks | 5 | 000 | Notes payable to banks-secured | | | 0 |
| U.S. Government securities-add schedule | | 0 | Notes payable to banks-unsecured | | | 686 |
| Listed securities-add schedule | | 0 | Notes payable to relatives | | | 0 |
| Unlisted securities--add schedule | 26 | 400 | Notes payable to others | | | 0 |
| Accounts and notes receivable: | | 0 | Accounts and bills due | | | 0 |
| Due from relatives and friends | | 0 | Unpaid income tax | | | 0 |
| Due from others | | 0 | Other unpaid income and interest | | | 0 |
| Doubtful | | 0 | Real estate mortgages payable-add schedule | | 631 | 200 |
| Real estate owned-add schedule | 731 | 000 | Chattel mortgages and other liens payable | | | 0 |
| Real estate mortgages receivable | | 0 | Other debts-itemize: | | | |
| Autos | 80 | 000 | 1999 4Winns boat | | 16 | 731 |
| Cash value-life insurance | 21 | 062 | car leases | | 80 | 000 |
| Other assets itemize: | | | student loans | | | 0 |
| 1999 4Winns boat | 25 | 000 | | | | |
| Retirement Accounts | 590 | 888 | | | | |
| Art and personal property | 75 | 000 | Total liabilities | | 728 | 617 |
| | | | Net Worth | | 825 | 733 |
| Total Assets | 1 | 554 | 350 | Total liabilities and net worth | 1 | 554 | 350 |
| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | 0 | Are any assets pledged? (Add schedule) | | | yes |
| On leases or contracts | | 0 | Are you defendant in any suits or legal actions? | | | no |
| Legal Claims | | 0 | Have you ever taken bankruptcy? | | | no |
| Provision for Federal Income Tax | | 0 | | | | |
| Other special debt | | 0 | | | | |